**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MIGUEL ANGEL SAN PEDRO DOMINGUEZ,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03345-RFB-BNW

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Miguel Angel San Pedro Dominguez, has another habeas proceeding pending in this District: San Pedro-Dominguez v. Blanche, No. 2:26-cv-03135-RFB-BNW

Accordingly, **IT IS HEREBY ORDERED** that, on or before November 2, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See San Pedro-Dominguez v. Blanche, No. 2:26-cv-03135-RFB-BNW.

**DATED:** October 21, 2026

/s/ Richard F. Boulware, II
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**